**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:16-cv-2568-MSK-MEH

Steven Lucht,

    Plaintiff/Movant,

Credit Acceptance Corporation,

    Defendant.

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Steven Lucht ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 2, 2016

    Respectfully submitted,

    By   */s/ Jenny DeFrancisco*

    Jenny DeFrancisco, Esq.
    LEMBERG LAW, L.L.C.
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 2, 2016, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By */s/ Jenny DeFrancisco*
                 Jenny DeFrancisco, Esq.